SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

April 01, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY – 4 2015

CHRISTOPHER A PRINE

CLERK _____

David Haymes MD
12001 Timberlake Court
Dallas, TX 75230

RE:    Court of Appeals Number: 01-96-01241-CR
       Trial Court Case Number: 31406

Style: Mitchell, Craig Edward v. The State of Texas

This is to acknowledge your communication received March 18, 2015.  Please be advised that:

The reporter's record volume 5 filed on July 10, 1997, does not include a page count 627.

Very truly yours,

Christopher A. Prine
Clerk of the Court

4/30/15

Thank you for your reply.
How do I obtain a copy of the appeal?

David Haymes MD

DAvid Haymes
12001 Timberlake Ct
Dallas, TX 75230

NORTH TEXAS TX P&DC
DALLAS TX 750
30 APR 2015 PM 7 L



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY − 4 2015

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine
Court of Appeals 1st District
301 Fannin St
Houston, TX 77002-2066

MAIL RECEIVED

77002206699